IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:18cr314 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| OTIS BROWN, III., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 7, 2020 that counsel wishes the following exhibits held by the court in this matter be destroyed.

<span style="color:blue">Plaintiff's Exhibits from hearing held 2/7/2019</span>

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 7, 2020

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge